IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RICKY RICARDO MALONE,           :
                                :
    Petitioner                  :
                                :
  v.                            :     CIVIL NO. 4:CV-16-1231
                                :
U. S. DISTRICT COURT,           :     (Judge Brann)
                                :
    Respondent                  :

# **ORDER**

July 6, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's requests for leave to proceed in forma pauperis (Docs. 2 & 6) are **GRANTED** for the sole purpose of the filing of this action with this Court.

2. The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** the case.

3. Based on the Court's conclusion, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/   Matthew W. Brann
Matthew W. Brann
United States District Judge